**Timothy W. JOHNSON, Appellant,**

v.

**CAPITAL REGION MEDICAL CENTER, et al., Respondent.**

**No. WD 64249.**

Missouri Court of Appeals, Western District.

July 12, 2005.

Timothy W. Johnson, Miami Beach, FL, pro se.

Nancy J. Morales Gonzalez, Kansas City, MO, for respondent.

Before: THOMAS H. NEWTON, P.J., HAROLD L. LOWENSTEIN, and PATRICIA A. BRECKENRIDGE, JJ.

**ORDER**

PER CURIAM.

Mr. Timothy W. Johnson appeals the trial court's decision to dismiss his amended petition. For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).